```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

CURTIS JONES, JR.                    *

      Petitioner           *

vs.                                  *
                                       CASE NO. 4:08-CV-90002 (CDL)
UNITED STATES OF AMERICA,            *
                                        CASE NO. 4:96-CR-41-001
      Respondent           *

                                   *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Magistrate Judge made a Report and Recommendation to dismiss Petitioner's petition because it is Petitioner's second and successive petition. Petitioner moved the Magistrate Judge for an extension of time to object to the Magistrate's Report and Recommendation. The Magistrate Judge denied that motion, and Petitioner appeals that ruling. The Court finds that the Magistrate Judge did not err in denying Petitioner's motion for an extension of time, and therefore, that ruling is affirmed.

Furthermore, after a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 10, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of February, 2008.

                              S/Clay D. Land
                                CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE