```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION


CURTIS JONES, JR.                *

        Petitioner               *

vs.                              *
                                          CASE NO. 4:08-CV-90002 (CDL)
UNITED STATES OF AMERICA,        *
                                            CASE NO. 4:96-CR-41-001
        Respondent               *

                                 *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 17, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 21st day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE